IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES K. MOORE            PETITIONER

VS.            CIVIL ACTION NO. 3:07CV157TSL-JCS

CHRISTOPHER EPPS, ET AL.            RESPONDENTS

FILED SEP 1 4 2009 J.T. NOBLIN, CLERK BY ___ DEPUTY

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

### Part A
____ A certificate of appealability should issue. (See reasons below.)

_X_ A certificate of appealability should not issue. (See reasons below.)

### Part B

_X_ The party appealing is a pauper.

____ The party appealing is not a pauper. (See reasons below.)

REASONS:

Petitioner has failed to make a substantial showing of the denial of a constitutional right.

Date: 9/14/09

_____
UNITED STATES DISTRICT JUDGE

G:\wp51\forms\prisoners\App Ord-HABEAS 2254 COA-IFP
2/2006